IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GARY ALLISON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF BARBARA ALLISON § § § § § Plaintiff, § § v. § ALLSTATE TEXAS LLOYD'S § § Defendant. § | Civil Action No. 4:16-cv-00979-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 35) is **GRANTED**. Final judgment in this case will issue by separate order.

**SO ORDERED** on this **31st day** of **October, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE